United States Bankruptcy Court
Eastern District of New York

Debra Kramer, as Chapter 7 Trustee for t,
    Plaintiff

Adv. Proc. No. 21-01189-nhl

Smallwood,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 03, 2024 | Form ID: 295 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2024:**

**Recip ID    Recipient Name and Address**
    + Jeff Morgenstern, Jeff H. Morgenstern PLLC, One Old Country Road, Suite 320, Carle Place, NY 11514-1845

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2024          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2024 at the address(es) listed below:**

**Name    Email Address**

Avrum J Rosen
    on behalf of Plaintiff Debra Kramer  as Chapter 7 Trustee for the Estate of Robert Smallwood arosen@ajrlawny.com, atsionis@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com;ddobbin@ajrlawny.com;dlebrun@ajrlawny.com

Avrum J Rosen
    on behalf of Counter-Defendant Debra Kramer  as Chapter 7 Trustee for the Estate of Robert Smallwood arosen@ajrlawny.com, atsionis@ajrlawny.com;npizzo@ajrlawny.com;emeade-bramble@ajrlawny.com;ddobbin@ajrlawny.com;dlebrun@ajrlawny.com

Barbra Parlin
    on behalf of Defendant EBay  Inc. barbra.parlin@hklaw.com, elvin.ramos@hklaw.com;glenn.huzinec@hklaw.com;hapi@hklaw.com

Brian J Davis
    on behalf of Defendant Carol Choi brianjdavisesq@aol.com  ah@bjdpc.com;angelhiotakis@gmail.com

Brian J Davis

District/off: 0207-1 User: admin Page 2 of 2
Date Rcvd: Dec 03, 2024 Form ID: 295 Total Noticed: 1

| | |
|---|---|
| Brian J Davis | on behalf of Cross Defendant Fastenere Inc. brianjdavisesq@aol.com, ah@bjdpc.com;angelhiotakis@gmail.com |
| Brian J Davis | on behalf of Defendant Fastenere Inc. brianjdavisesq@aol.com, ah@bjdpc.com;angelhiotakis@gmail.com |
| Brian J Davis | on behalf of Defendant Lightning Stainless Bolt Inc. brianjdavisesq@aol.com ah@bjdpc.com;angelhiotakis@gmail.com |
| Brian J Davis | on behalf of Cross Defendant Carol Choi brianjdavisesq@aol.com ah@bjdpc.com;angelhiotakis@gmail.com |
| Craig Sanders | on behalf of Creditor Stanley Supply & Tool Stanley Supply & Tool Inc. csanders@sanderslaw.group |
| Jeff Morgenstern | on behalf of Cross Defendant Robert Smallwood jmorgenstern78@gmail.com jmattyatlaw@aol.com |
| Jeff Morgenstern | on behalf of Defendant Robert Smallwood jmorgenstern78@gmail.com jmattyatlaw@aol.com |
| Jonathan M. Cader | on behalf of 3rd Pty Defendant Stanley Supply & Tool Stanley Supply & Tool Inc. jcader@sanderslaw.group |
| Jonathan M. Cader | on behalf of Cross-Claimant Stanley Supply & Tool Stanley Supply & Tool Inc. jcader@sanderslaw.group |
| Jonathan M. Cader | on behalf of Creditor Stanley Supply & Tool Stanley Supply & Tool Inc. jcader@sanderslaw.group |
| Mickee M. Hennessy | on behalf of Mediator Mickee M. Hennessy mhennessy@westermanllp.com |

TOTAL: 15

# NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS HEREBY GIVEN THAT:**

A transcript of the proceeding held on 4/3/24 was filed on 11/27/24.

The following deadlines apply:

The parties have until December 4, 2024 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is December 18, 2024.

If a Transcript Redaction Request is filed, the redacted transcript is due December 30, 2024.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is February 25, 2025, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Veritext at or you may view the document at the public terminal at the Office of the Clerk.

Dated: December 3, 2024

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans2.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 02/01/17]